In the Matter of KARL STEINER, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously affirmed, without costs. The State Rent Commission was not warranted, under the circumstances in this case, in vacating the certificate of eviction. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of JOHN McCABE, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

JENNIS M. DOROSHAW, Appellant, v. AETNA INDUSTRIAL CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

READE SHIRTS, INC., Respondent, v. COMMONWEALTH INSURANCE COMPANY OF NEW YORK et al., Appellants.— Order unanimously modified so as to limit the examination to item " 20 " and, as so modified, affirmed, with $20 costs and disbursements to the appellants. Item " 20 " is the only item on which an examination is material or necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

ELIZABETH G. WOLFF, Respondent, v. WILLIAM M. WOLFF, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

RUZICKA'S, a Partnership, Respondent, v. GREENHOUSE FLOWER COOPERATIVE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the defendant to answer, but not otherwise move, within ten days after service of a copy of this order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

SIGMUND AMSTEL et al., Appellants, v. LEO POPPER, Respondent.— Order unanimously modified insofar as to eliminate item " 5 " from the notice of examination before trial and item " 5 " from the demand for a verified bill of particulars as unnecessary detail and, as so modified, affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.